Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000434
29-OCT-2019
08:11 AM

NO. CAAP-19-0000434

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JUVY CABANILLA VENTURA, Plaintiff-Appellee, v.
ELVEN MIGUEL VENTURA, Defendant-Appellee

ELVEN MIGUEL VENTURA, Movant-Appellee, v.
JOY YANAGIDA, Respondent-Appellant


APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 18-1-0201)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of the Stipulation For Dismissal
With Prejudice of Appeal (Stipulation), filed October 22, 2019,
by Respondent-Appellant Joy Yanagida, the papers in support, and
the record, it appears that (1) the appeal has been docketed;
(2) the parties stipulate to dismiss the appeal with prejudice
and bear their own attorneys' fees and costs; (3) the stipulation
is dated and signed by counsel for all parties appearing in the
appeal; and (4) dismissal is authorized by Hawai'i Rules of
Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved and the appeal is dismissed with

prejudice.    The parties shall bear their own attorneys' fees and costs.

DATED:    Honolulu, Hawai'i, October 29, 2019.


Chief Judge

Associate Judge

Associate Judge